UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED BY 9c

05 APR 13 PM 12: 0

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

# NOTICE OF SETTING
## Before Judge J. Daniel Breen, United States District Judge

April 13, 2005

RE:  2:04cr20353-01-B
     *USA v. RATONIA VENE PERRY (b)*

Dear Sir/Madam:

A **SUPERVISED RELEASE VIOLATION HEARING** before **Judge J. Daniel Breen** has been **SET** for **THURSDAY, APRIL 28, 2005** at **9:30 A.M.** in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: *Taffy Elchlepp*
Taffy Elchlepp
Case Manager to Judge J. Daniel Breen
901-495-1238



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CR-20353 was distributed by fax, mail, or direct printing on April 14, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT