AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

Case 2:04-cr-20353-JDB   Document 16   Filed 05/25/05   Page 1 of 2   PageID 20

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 MAY 25  AM 10: 55

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA
   Plaintiff,

VS.                                              Case Number 2:04CR20353

RATONIA VENE PERRY
   Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Ratonia Vene Perry, was represented by Ned Germany, Esq.

It appearing that the defendant, who was convicted on March 3, 1999 in the above styled cause and was placed on Supervised Release for a period of four (4) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant shall be REVOKED and the defendant shall be given credit for four (4) months custody previously served. Defendant is further sentenced to a period of Supervised Release that will terminate on October 9, 2007.

FURTHERMORE, the defendant shall be subject to the terms and conditions of release that were previously imposed.

The defendant shall participate in substance abuse testing and treatment programs as directed by the Probation Officer.

Signed this the ___25th___ day of May, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 7/25/1976
U.S. Marshal No.: 21324-009
Defendant's Mailing Address: 3731 Belleau, Memphis, TN 38128

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-25-05

16

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CR-20353 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT